# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

RACHEL J. HONG
ASSOCIATE

TEL: (212) 238-4800
EMAIL: rhong@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/2022

MEMO ENDORSED

January 20, 2022

**Via ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Ok.
Colleen McMahon
1/20/2022

Re: *Maria Sierra v. National Railroad Passenger Corporation*
Index No. 19-cv-5726 (CM)

Dear Justice McMahon:

We represent defendant National Railroad Passenger Corporation in the above referenced matter and write this letter on behalf of both parties to respectfully request an extension of the deadline for Defendant's reply to its summary judgment motion as discussed with the Your Honor's chambers on January 20, 2022.

Specifically, we request that the January 24, 2022 deadline to file a reply be extended for 7 days, January 31, 2022. The undersigned is leaving the firm Landman Corsi Ballaine & Ford P.C. on January 20, 2022 and my office would like time to properly review this matter.

In light of my departure, the Parties respectfully request an extension of the deadline for Defendant to file a reply. The parties have conferred and are in agreement with the proposed deadline as set forth herein.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Rachel J. Hong

Rachel J. Hong

cc: Steven Barkan, Esq.

4883-1442-0746v.1