**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIA E. SIERRA,

                       Plaintiff,

      -against-                                      19 **CIVIL** 5726 (CM)

                                                        **JUDGMENT**

NATIONAL RAILROAD PASSENGER CORP.,

                       Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order and Decision dated June 28, 2022, Defendant's motion for summary judgment is GRANTED and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        June 28, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                   **BY:**    *K. Mango*
                                                           **Deputy Clerk**