UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Maria E. Sierra,

            Plaintiff(s),                     19 Civ. 5726 (CM) (RWL)

    -against-

                                         CALENDAR NOTICE

National Railroad Passenger Corp.,

            Defendant(s),
-------------------------------------------------------X

    Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___ Pre-trial conference | _X_ Status conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | ___ Fairness Hearing |
| ___ Telephone conference | ___ Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___ Inquest | |

**on Thursday, January 4, 2024 at 11:15 A.M.** before the Honorable Colleen McMahon, **United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: December 15, 2023
        New York, New York

                                              So Ordered

                                              Colleen McMahon, U.S.D.J