# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

SOPHIA REE
MEMBER
TEL: (212) 393-7923
EMAIL: sree@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
4th Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard
Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023

December 19, 2023

**Via ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sierra v. National Railroad Passenger Corp.*
Case No. 1:19-cv-05726 (CM)

*[Handwritten: Conference adjourned to 1/11/2024 at 10:30 a.m. /s/ Colleen McMahon 12/20/2023]*

Dear Judge McMahon:

We represent defendant National Railroad Passenger Corp. ("Defendant" or "Amtrak") in connection with the above-referenced matter.

With the consent of Plaintiff's counsel, Defendant writes to request an adjournment of the January 4, 2024 status conference recently noticed on December 15, 2023. [ECF Docket No. 58]. The undersigned has a conflict and cannot attend the January 4th conference.

The parties have conferred and are available on January 10 and January 12.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*Sophia Ree*
Sophia Ree

cc: Steve Barkan, Esq.