## STEVEN L. BARKAN P.C.

*Attorneys at Law*
*445 Broad Hollow Road. Suite 25*
*Melville, New York 11747*
*(516)358-3688*
*Fax (631) 881-0818*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 12/21/2023

December 21, 2023

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl street, Rm. 2550
New York, NY 10007

OK, adjourned to 1/18/24 @ 10:00 Am.

Re:  Sierra . National Railroad Passenger Corp.
     Docket No.: 19-cv-5726 (CM)

Dear Judge McMahon:

*[signature] Colleen McMahon 12/21/2023*

We represent plaintiff in the above captioned matter.

We write to request an adjournment of the January 11th conference which was recently scheduled on December 20. (DCF docket number 60) Unfortunately, the undersigned has a conflict on that day and would be unavailable to attend the conference.

We have communicated with defendants counsel, who is in agreement with our request. We are both available from January 15 through January 18 and again on January 25, 2024.

The parties also believe that mediation in this matter would be helpful at this time.

This is the second request for an adjournment of this conference.

We thank court for a consideration of this request.

Respectfully submitted.

STEVEN L. BARKAN P.C.

Steven L. Barkan

cc: Sophia Ree, Esq.